IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: PEGGY WEAVER
DEBTOR
CASE NO. 4:09-bk-14751
CHAPTER 7

AGREED ORDER

Comes on for approval the Movant/Creditor's, U.S. Bank N.A., Motion to Abandon Certain Property. The Court, being sufficiently advised, finds that there has been no objection to this proposal and that the Trustee, Debtor and Movant/Creditor have agreed and jointly consented to entry of this Order. Therefore, upon consideration, and for good cause shown, it is

ORDERED that the Trustee's interest in and to the following described land is hereby abandoned:

Lots 9 and 11, Block 6, Town of Dardanelle, Arkansas.

207 No. 2nd, Dardanelle, Arkansas 72834

It is further

ORDERED, that the stay provisions of 11 U.S.C. § 362 of the Bankruptcy Code should be, and hereby are, relaxed with regard to the property abandoned by this Order, and creditors with valid claims or interests in and to the abandoned property are released to pursue their usual lawful remedies against the Debtor's interest in said abandoned property, provided that the creditors shall account for, and return to the Trustee, any

surplus over the balance due which may be realized upon liquidation of the property abandoned. Further, the provisions of §362 continue in full force and effect as to the Debtor and to all other property of the Debtor not itemized within the Order, and suits or actions to enforce personal money judgments against the Debtor are precluded by the operative provisions of §362 not relaxed by this or other Orders of this Court.

_____
HONORABLE RICHARD D. TAYLOR
U.S. BANKRUPTCY COURT JUDGE

DATED: August 28, 2009

APPROVED AS TO FORM:

_____
Scot P. Goldsholl
DYKE, HENRY, GOLDSHOLL & WINZERLING, P.L.C.
Attorneys for U.S. Bank N.A.
415 North McKinley, Suite 555
Little Rock, Arkansas 72205
Telephone No. (501) 661-1000

EOD 8/28/2009
by T Wilkins

RE: Peggy Weaver
Bankruptcy Case No. 4:09-bk-14751
Eastern District of Arkansas
Agreed Order
Page 2

RE: Peggy Weaver
    Bankruptcy Case No. 4:09-bk-14751
    Eastern District of Arkansas
    Agreed Order
    Page 3


*/s/ Randy Rice*
M. Randy Rice
Chapter 7 Trustee
523 S. Louisiana, Suite 300
Little Rock, Arkansas 72201-5771

RE: Peggy Weaver
Bankruptcy Case No. 4:09-bk-14751
Eastern District of Arkansas
Agreed Order
Page 4

_____
William Douglas Skelton
Attorney at Law
414 East Parkway
Russellville, Arkansas 72801